IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| **BAY MANAGEMENT GROUP, LLC** | * |
| Plaintiff, | * |
| v. | *  Case No. 1:25-cv-02008-JRR |
| **CIVIL RIGHTS DIVISION, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND**, *et al.* | * |
| Defendants. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff Bay Management Group, LLC, hereby files this Motion for Preliminary Injunction against Defendants, Civil Rights Division, Office of the Attorney General of Maryland, and Anthony G. Brown, in his official capacity as Attorney General of Marland. The grounds and authorities in support of this Motion are set forth in the accompanying Memorandum, which is incorporated herein by reference.

Dated: July 3, 2025

Respectfully submitted,

*/s/ Jeffrey M. Lichtstein*
Jeffrey M. Lichtstein, Fed. Bar No. 20731
Michael P. Spanos, Fed. Bar No. 31546
Rosenberg Martin Greenberg, LLP
25 South Charles Street, 21st Floor
Baltimore, Maryland 21201
(410) 727-6600 (phone)
(410) 727-1115 (fax)
jlichtstein@rosenbergmartin.com
mspanos@rosenbergmartin.com
*Attorneys for Plaintiff,*
*Bay Management Group, LLC*

**REQUEST FOR HEARING**

Plaintiff requests a hearing on the Motion for Preliminary Injunction.

>*/s/ Jeffrey M. Lichtstein*
>Jeffrey M. Lichtstein

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of July, 2025, Plaintiff's Motion for Preliminary Injunction, together with the supporting Memorandum, Exhibits, and Proposed Order were served electronically through the CM/ECF System on all counsel of record and the following, pursuant to the Office of the Attorney General's stated requirements for service of process:

>Office of the Attorney General
>civil_service@oag.state.md.us

>Maryland State Treasurer's Office
>treasurer_service@treasurer.state.md.us

>*/s/ Jeffrey M. Lichtstein*
>Jeffrey M. Lichtstein