IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| **BAY MANAGEMENT GROUP, LLC** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Case No. 1:25-cv-02008-JRR |
| | * |
| **CIVIL RIGHTS DIVISION,** | * |
| **OFFICE OF THE ATTORNEY** | * |
| **GENERAL OF MARYLAND,** *et al.* | * |
| | * |
| Defendants. | * |
| | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Upon consideration of the Motion for Preliminary Injunction ("Motion") filed by Plaintiff Bay Management Group, LLC, and any opposition filed thereto, hearing the arguments of the parties, and holding a hearing on the Motion, and good cause having been shown, it is this ___ day of _____, 2025, hereby,

**ORDERED** that the Motion for Preliminary Injunction is GRANTED in its entirety; it is further

**ORDERED** that enforcement of the Administrative Subpoena served by Defendant Civil Rights Division, Office of the Attorney General of Maryland, shall be, and is hereby, ENJOINED, pending final resolution of Plaintiff's claims alleged in the Complaint.

_____
Julie R. Rubin
United States District Judge