**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**


BAY MANAGEMENT GROUP, LLC,    *

     *Plaintiff*,

                    *

     v.

CIVIL RIGHTS DIVISION, OFFICE    *    No. 1:25-CV-2008
OF THE ATTORNEY GENERAL OF
MARYLAND, *et al.*,
                    *

     *Defendants*.


                    *

\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*

## JOINT MOTION TO SET A BRIEFING SCHEUDLE AND TO EXTEND DEADLINES

Plaintiff, Bay Management Group, LLC and Defendants, Civil Rights Division, Office of the Attorney General of Maryland and Anthony G. Brown (collectively, the "Parties"), by undersigned counsel hereby move, pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure to (1) extend the current deadlines for Defendants' response and any subsequent pleadings related to Plaintiff's Complaint; and (2) extend current deadlines for Defendants' response and any subsequent pleadings related to Plaintiff's Motion for Preliminary Injunction.

The Parties have conferred, and on the agreement of Defendants to stay enforcement of the Administrative Subpoena at issue in this litigation, the Parties have agreed to the

following proposed briefing schedule to conserve resources and to promote judicial economy:

- Defendants' deadline to respond to Plaintiff's Complaint shall be **August 19, 2025.**

- Defendants' deadline to respond to Plaintiff's Motion for Preliminary Injunction shall be **August 19, 2025**.

- Plaintiff's deadline to respond to Defendants' dispositive motion related to the Complaint, if any, shall be **September 19, 2025.**

- Plaintiff's deadline to file a Reply, if any, to Defendants' Opposition to the Motion for Preliminary Injunction shall be **September 19, 2025**.

- Defendants' deadline to file a Reply in further support of its dispositive motion related to the Complaint, if any, shall be **October 10, 2025**.

Good cause warrants granting the requested extensions as no party will be prejudiced by the extensions and no scheduling order has currently been entered in the case that would be affected by the requested extensions. Thus, the Parties respectfully request that the Court grant this Joint Motion.

Date: July 15, 2025                              Respectfully submitted,


/s/ Jeffrey M. Lichtstein                         ANTHONY G. BROWN
Jeffrey M. Lichtstein                             Attorney General of Maryland
Federal Bar No. 20731
Michael Spanos                                    /s/ James D. Handley
Federal Bar No. 31546                             James D. Handley
Rosenberg Martin Greenberg, LLP                   Federal Bar No. 20299
25 South Carles Street, 21st Floor                Assistant Attorney General
Baltimore, MD 21201                               200 St. Paul Place, 20th Floor
(410) 727-6600                                    Baltimore, MD 21202
(410) 727-1115 (facsimile)                        (410) 576-6993
jlichtstein@rosenbergmartin.com                   (410) 576-6955 (facsimile)
mspanos@rosenbergmartin.com                       jhandley@oag.state.md.us


*Attorneys for Plaintiff*                          *Attorneys for Defendants, Civil Rights*
                                                   *Division, Office of the Attorney General and*
                                                   *Anthony G. Brown*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 15th day of July, 2025, the foregoing Joint Motion, along with the proposed Order accompanying the Joint Motion, was filed with the Court's CM/ECF system and served on all counsel of record.


Date: July 15, 2025

*/s/ James D. Handley*
James D. Handley