# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BAY MANAGEMENT GROUP, LLC, | * | |
| *Plaintiff*, | * | |
| v. | * | |
| | | No. 1:25-cv-2008 |
| CIVIL RIGHTS DIVISION, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, *et al.*, | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Defendants' Motion to Dismiss, and any opposition thereto, it is on this _____ day of _____, 2025, by the United States District Court for the District of Maryland hereby ORDERED:

1. That Defendants' Motion is GRANTED; and

2. That all counts of Plaintiff's Complaint shall be, and hereby are, DISMISSED WITH PREJUDICE.

_____
Honorable Ellan Lipton Hollander,
United States District Judge