IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| BAY MANAGEMENT GROUP, LLC, | * | |
| *Plaintiff*, | | |
| | * | |
| v. | | |
| CIVIL RIGHTS DIVISION, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, *et al.*, | * | No. 1:25-CV-2008 |
| *Defendants*. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>NOTICE OF VOLUNTARY WITHDRAWAL OF MOTION</u>**

Plaintiff, Bay Management Group, LLC ("Plaintiff"), by and through its undersigned counsel, in response to and based on the multiple written representations by Defendants, Civil Rights Division, Office of the Attorney General of Maryland, and Anthony G. Brown, in his Official Capacity as the Attorney General of the State of Maryland (the "Defendants") to this Court that Defendants will not enforce the Administrative Subpoena that is at issue in this matter while this action is pending,[1] hereby voluntarily withdraws, *without prejudice*, its Motion for Preliminary Injunction, its Memorandum in Support thereof, and all accompanying exhibits (*See* ECF # 8–8-5).

---

[1] *See* ECF # 10 at p.1, ECF # 13 at p. 1, 2, 7, 8, 20.

Dated: September 19, 2025 　　　　　　　Respectfully submitted,

                                          */s/ Jeffrey M. Lichtstein*
                                        Jeffrey M. Lichtstein, Fed. Bar No. 20731
                                        Michael P. Spanos, Fed. Bar No. 31546
                                        Rosenberg Martin Greenberg, LLP
                                        25 South Charles Street, 21st Floor
                                        Baltimore, Maryland 21201
                                        (410) 727-6600 (phone)
                                        (410) 727-1115 (fax)
                                        jlichtstein@rosenbergmartin.com
                                        mspanos@rosenbergmartin.com
                                        *Attorneys for Plaintiff,*
                                        *Bay Management Group, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of September, 2025, a copy of the foregoing Notice of Voluntary Withdrawal of Motion was filed with the Court's CM/ECF system and served on all counsel of record.

Date: September 19, 2025 　　　　　　　*/s/ Jeffrey M. Lichtstein*
                                        Jeffrey M. Lichtstein