### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| **BAY MANAGEMENT GROUP, LLC** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No. 1:25-cv-02008 |
| | * | |
| **CIVIL RIGHTS DIVISION,** | * | |
| **OFFICE OF THE ATTORNEY GENERAL** | * | |
| **OF MARYLAND**, *et al.* | * | |
| | * | |
| Defendants. | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>ORDER</u>

Upon consideration of the Notice of Voluntary Withdrawal of Motion (the "Motion to Withdraw") filed by Plaintiff, Bay Management Group, LLC ("Plaintiff"), and any Response thereto, and good cause having been show, it is hereby **ORDERED** that:

Plaintiff's Motion to Withdraw is **GRANTED**; and

Plaintiff's Motion for Preliminary Injunction (ECF # 8) is **WITHDRAWN**, without prejudice.

It is so **ORDERED** this _____ day of _____, 2025.

_____
The Honorable Ellen Lipton Hollander
United States District Judge