IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

BAY MANAGEMENT GROUP, LLC,     \*

        *Plaintiff,*

                                         \*

    v.

CIVIL RIGHTS DIVISION, OFFICE     \*     No. 1:25-CV-2008
OF THE ATTORNEY GENERAL OF
MARYLAND, *et al.*,

                                         \*

        *Defendants.*

                                         \*

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of the Joint Motion to Extend Briefing Schedule ("Joint Motion"), filed by Plaintiff, Bay Management Group, LLC, and Defendants, Civil Rights Division, Office of the Attorney General of Maryland and Anthony G. Brown, and for good cause shown, it is hereby **ORDERED**:

That the Joint Motion is **GRANTED** in ~~its entirety; and~~ *part*.

That the current Briefing Schedule, as amended (*see* ECF # 15) shall be further amended as follows:

- Plaintiff's deadline to respond to Defendants' Motion to Dismiss the Complaint shall be extended from **October 10, 2025 to** ~~January 9, 2026~~ *Oct. 24, 2025*.

- *The reply is due in accordance with the rules.* /s/ ELH

- Defendants' deadline to file a Reply in further support of their Motion to Dismiss related to the Complaint shall be extended from **November 14, 2025 to February 13, 2026**.

It is so **ORDERED** this 8th day of Oct., 2025.

*Ellen L. Hollander*
The Honorable Ellen Lipton Hollander
United States District Judge

4903-3710-6544, v. 1