IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| BAY MANAGEMENT GROUP, LLC, | * | |
| *Plaintiff*, | | |
| | * | |
| v. | | |
| CIVIL RIGHTS DIVISION, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, *et al.*, | * | No. 1:25-CV-2008 |
| | * | |
| *Defendants*. | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO WITHDRAW DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE AND TO EXTEND THE DEADLINE TO RESPOND TO THE COMPLAINT

Defendants, Civil Rights Division, Office of the Attorney General of Maryland and Anthony G. Brown, pursuant to a Telephonic Conference held by the Court on October 8, 2025, by undersigned counsel hereby move to (1) withdraw their Motion to Dismiss **without prejudice**; and (2) extend the current deadlines for Defendants' response to Plaintiff's Complaint.

The Parties have reached a partial resolution of the claims asserted in this litigation and are cautiously optimistic that an additional ninety (90) day extension of the deadline for Defendants' response to Plaintiff's Complaint will lead to a global resolution of all disputes between the Parties. The partial resolution requires the Parties to complete certain

tasks in next ninety (90) days, corresponding with the period of extension sought in this Motion. Defendants therefore respectfully request that the Court allow Defendants to withdraw their Motion to Dismiss without prejudice and permit an additional extension of the deadlines set forth in the current Briefing Schedule, as follows:

- Defendants' deadline to file a response to Plaintiff's Complaint shall be extended to January 19, 2026.

Good cause warrants granting the requested extension as no party will be prejudiced by the extensions and no scheduling order has currently been entered in the case that would be affected by the requested extensions. Further, it is in the interest of judicial economy to allow the Parties an additional amount of time to finalize a potential resolution of all disputes between them. Thus, Defendants respectfully request that the Court grant this Motion.

Date: October 20, 2025                    Respectfully submitted,

                                                            ANTHONY G. BROWN
                                                            Attorney General of Maryland

*/s/ James D. Handley*
James D. Handley
Federal Bar No. 20299
Assistant Attorney General
200 St. Paul Place, 20th Floor
Baltimore, MD 21202
(410) 576-6993
(410) 576-6955 (facsimile)
jhandley@oag.state.md.us

*Attorneys for Defendants, Civil Rights Division, Office of the Attorney General and Anthony G. Brown*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of October, 2025, the foregoing Motion, along with the proposed Order accompanying the Motion, was filed with the Court's CM/ECF system and served on all counsel of record.

Date: October 20, 2025                         */s/ James D. Handley*
                                                                James D. Handley