# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# NORTHERN DIVISION

BAY MANAGEMENT GROUP, LLC,   *

*Plaintiff,*

                          *

v.

CIVIL RIGHTS DIVISION, OFFICE   *   No. 1:25-CV-2008
OF THE ATTORNEY GENERAL OF
MARYLAND, *et al.*,

                        *

*Defendants.*

                        *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of the Motion to Withdraw Defendants' Motion to Dismiss Without Prejudice and to Extend the Deadline to Respond to the Complaint ("Motion"), filed by Defendants, Civil Rights Division, Office of the Attorney General of Maryland and Anthony G. Brown, and for good cause shown, it is hereby **ORDERED**:

That the Motion is **GRANTED** in its entirety; and

That the Defendants' Motion to Dismiss is withdrawn without prejudice; and

That the current Briefing Schedule, as amended (*see* ECF # 21) shall be further amended as follows:

- Defendants' deadline to file a response to Plaintiff's Complaint shall be extended to January 19, 2026.

It is so **ORDERED** this 20th day of Oct., 2025.

*/s/ Ellen L. Hollander*
The Honorable Ellen Lipton Hollander
United States District Judge