**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

BAY MANAGEMENT GROUP, LLC,   *

     *Plaintiff*,

     *

     v.

CIVIL RIGHTS DIVISION, OFFICE   *   No. 1:25-CV-2008
OF THE ATTORNEY GENERAL OF
MARYLAND, *et al.*,

     *

     *Defendants*.

     *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT MOTION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO THE COMPLAINT

Defendants, Civil Rights Division, Office of the Attorney General of Maryland and Anthony G. Brown (collectively, the "Defendants"), by undersigned counsel respectfully hereby move, pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, to extend the current deadline for Defendants' response to Plaintiff's Complaint. The Parties have conferred, and Plaintiff, Bay Management Group, LLC, consents to this motion.

As the Parties have informed the Court in their pleadings, *see* ECF No. 19, and at a telephonic conference on October 8, 2025,[1] the Parties are continuing to work towards a

---

[1] At the telephonic conference of October 8, 2025, the Court requested that Defendants withdrawal its Motion to Dismiss without prejudice so that the Parties could continue working towards a resolution of their claims. Defendants filed its Motion to Withdraw, *see* ECF No. 22, which was granted by the Court. *See* ECF No. 23.

resolution of the claims asserted in this litigation, and remain cautiously optimistic that an additional sixty day extension to Defendants' response to the Complaint will lead to a global resolution of all disputes between the Parties. The Parties have agreed that to conserve resources and to promote judicial economy Defendants' deadline to respond to Plaintiff's Complaint shall be March 20, 2026.

Good cause warrants granting the requested extensions as no party will be prejudiced by the extensions and no scheduling order has currently been entered in the case that would be affected by the requested extensions. Thus, Defendants respectfully request that the Court grant this Consent Motion.

Date: January 14, 2026                          Respectfully submitted,


ANTHONY G. BROWN
Attorney General of Maryland

*/s/ James D. Handley*
James D. Handley
Federal Bar No. 20299
Assistant Attorney General
200 St. Paul Place, 20th Floor
Baltimore, MD 21202
(410) 576-6993
(410) 576-6955 (facsimile)
jhandley@oag.state.md.us

*Attorneys for Defendants, Civil Rights Division, Office of the Attorney General and Anthony G. Brown*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of January, 2026, the foregoing Joint Motion, along with the proposed Order accompanying the Joint Motion, was filed with the Court's CM/ECF system and served on all counsel of record.


Date: January 14, 2026                    */s/ James D. Handley*
                                          James D. Handley