Case 1:25-cv-02008-ELH   Document 24-1   Filed 01/14/26   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| BAY MANAGEMENT GROUP, LLC, | * | |
| *Plaintiff*, | | |
| | * | |
| v. | | |
| CIVIL RIGHTS DIVISION, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, *et al.*, | * | No. 1:25-CV-2008 |
| | * | |
| *Defendants*. | | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of the Consent Motion to Extend Defendants' Deadline to Respond to the Complaint filed by Defendants, Civil Rights Division, Office of the Attorney General of Maryland and Anthony G. Brown, and for good cause shown, it is hereby **ORDERED**:

That the Consent Motion is **GRANTED**; and

That Defendants' deadline to respond to Plaintiff's Complaint shall be March 20, 2026.

It is so **ORDERED** this 14th day of Jan., 2026.

_____
The Honorable Ellen Lipton Hollander
United States District Judge