## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## NORTHERN DIVISION

BAY MANAGEMENT GROUP, LLC,   *

     *Plaintiff,*

                                *

     v.

CIVIL RIGHTS DIVISION, OFFICE    *   No. 1:25-CV-2008
OF THE ATTORNEY GENERAL OF
MARYLAND, *et al.*,

                                *

     *Defendants.*

                                *

*   *   *   *   *   *   *   *   *   *   *   *   *

## ORDER

Upon consideration of the Consent Motion to Extend Defendants' Deadline to Respond to the Complaint filed by Defendants, Civil Rights Division, Office of the Attorney General of Maryland and Anthony G. Brown, and for good cause shown, it is hereby **ORDERED**:

That the Consent Motion is **GRANTED**; and

That Defendants' deadline to respond to Plaintiff's Complaint shall be April 20, 2026.

It is so **ORDERED** this _11th_ day of ___March___, 2026.

The Honorable Ellen Lipton Hollander
United States District Judge