**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

BAY MANAGEMENT GROUP, LLC,  *

    *Plaintiff*,

               *

       v.

CIVIL RIGHTS DIVISION, OFFICE OF  *   No. 1:25-CV-2008
THE ATTORNEY GENERAL OF
MARYLAND, *et al.*,

    *Defendants.*  *

               *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Bay Management Group, LLC and Defendants Civil Rights Division, Office of

the Attorney General of Maryland and Anthony G. Brown, by and through their undersigned

counsel, pursuant to Rule 41(a)(1)(A)(ii), and being all parties who have appeared in the case,

hereby stipulate to the dismissal *without prejudice* of all claims in the above-captioned case.

Dated: April 8, 2026

Respectfully submitted,

| | |
|---|---|
| /s/ Jeffrey M. Lichtstein | ANTHONY G. BROWN |
| Jeffrey M. Lichtstein (Fed. Bar No. 20731) | Attorney General of Maryland |
| Michael P. Spanos (Fed. Bar No. 31546) | |
| Rosenberg Martin Greenberg, LLP | /s/ James D. Handley |
| 25 South Charles Street, 21st Floor | James D. Handley (Fed. Bar No. 20299) |
| Baltimore, Maryland 21201 | Assistant Attorney General |
| (410) 727-6600 (phone) | 200 St. Paul Place, 20th Floor |
| (410) 727-1115 (facsimile) | Baltimore, Maryland 21202 |
| jlichtstein@rosenbergmartin.com | (410) 576-6993 (phone) |
| mspanos@rosenbergmartin.com | (410) 576-6955 (facsimile) |
| | jhandley@oag.state.md.us |

*Attorneys for Defendants, Civil Rights Division, Office of the Attorney General and Anthony G. Brown*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of April, 2026, the foregoing Stipulation of Dismissal Without Prejudice was filed with the Court's CM/ECF system and served on all counsel of record.

/s/ Jeffrey M. Lichtstein
Jeffrey M. Lichtstein

4930-7046-7996, v. 1