Case 1:25-cv-02008-ELH    Document 28    Filed 04/08/26    Page 1 of 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

BAY MANAGEMENT GROUP, LLC,    *

    *Plaintiff,*

    *

v.    *

CIVIL RIGHTS DIVISION, OFFICE OF    *    No. 1:25-CV-2008
THE ATTORNEY GENERAL OF
MARYLAND, *et al.,*

    *Defendants.*    *

    *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff Bay Management Group, LLC and Defendants Civil Rights Division, Office of the Attorney General of Maryland and Anthony G. Brown, by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii), and being all parties who have appeared in the case, hereby stipulate to the dismissal *without prejudice* of all claims in the above-captioned case.

Dated: April 8, 2026

Respectfully submitted,

/s/ Jeffrey M. Lichtstein
Jeffrey M. Lichtstein (Fed. Bar No. 20731)
Michael P. Spanos (Fed. Bar No. 31546)
Rosenberg Martin Greenberg, LLP
25 South Charles Street, 21st Floor
Baltimore, Maryland 21201
(410) 727-6600 (phone)
(410) 727-1115 (facsimile)
jlichtstein@rosenbergmartin.com
mspanos@rosenbergmartin.com

ANTHONY G. BROWN
Attorney General of Maryland

/s/ James D. Handley
James D. Handley (Fed. Bar No. 20299)
Assistant Attorney General
200 St. Paul Place, 20th Floor
Baltimore, Maryland 21202
(410) 576-6993 (phone)
(410) 576-6955 (facsimile)
jhandley@oag.state.md.us

*Attorneys for Defendants, Civil Rights Division, Office of the Attorney General and Anthony G. Brown*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of April, 2026, the foregoing Stipulation of Dismissal Without Prejudice was filed with the Court's CM/ECF system and served on all counsel of record.

/s/ Jeffrey M. Lichtstein
Jeffrey M. Lichtstein

4930-7046-7996, v. 1